## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

## CASE NO: 02-730 (WHW)

UNITED STATES OF AMERICA

v.

JANET MIRANDA

_____/

### ORDER GRANTING UNOPPOSED MOTION TO DICHARGE BONDS

This cause having come before the Court on Defendant JANET MIRANDA's

Unopposed Motion to Discharge Bonds and the Court being fully apprised of the circumstances,

IT IS HEREBY ORDERED that said motion be and the same is hereby

GRANTED.

All bonds securing the appearance of Defendant JANET MIRANDA in this cause

are hereby DISCHARGED. The Clerk of the Court is hereby directed to release all monies held

in connection with Defendant's bonds upon presentation of the appropriate receipts.

DONE AND ORDERED this 23 day of November 2008

HON. WILLIAM H. WALLS
United States District Judge

cc: all interested parties visa ECF